IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHNNY L. CHATMON, IV,<br><br>　　　　　　　　Defendant. | 8:25CR235<br><br>**CASE TELEPHONE CONFERENCE INSTRUCTIONS** |

　　To facilitate telephone conferences with Magistrate Judge DeLuca, <u>unless the court's order states otherwise</u>, counsel and the defendants shall use the following instructions and codes assigned to this case:

　　Dial 1-855-244-8681.

　　Enter the access code 2318 102 2958, then touch the # key.

　　DATED this 21st day of November, 2025.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Jacqueline M. Deluca*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge